**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stephen Eugene CRAWFORD,**
**Defendant–Appellant.**

No. 08–14643
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 17, 2009.

Stephen Eugene Crawford, Butner, NC, pro se.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

John S. Mills and Jessie L. Harrell, appointed counsel for Stephen Eugene Crawford in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsels' motion to withdraw is **GRANTED,** and Crawford's conviction and sentence are **AFFIRMED.**